In the Matter of JOSEPH M. SPRING, JR., Respondent, v HEATHER K. MOSHER, Appellant. [54 NYS3d 893]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered February 13, 2015 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted in part the petition to modify visitation.

Now, upon reading and filing the stipulation of discontinuance signed by the attorney for respondent and the Attorney for the Child on May 18 and 22, 2017, with attached affidavit to withdraw sworn to by respondent on June 6, 2017,

It is hereby ordered that said appeal is unanimously

dismissed without costs upon stipulation. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.